**Matthew J. Kalmanson**, OSB No. 041280
Email:  mjk@hartwagner.com
**HART WAGNER LLP**
1000 SW Broadway, Twentieth Floor
Portland, Oregon  97205
Telephone:  (503) 222-4499
Facsimile:  (503) 222-2301

**David A. Baay,** Texas Bar No. 24027050*
Email:  davidbaay@eversheds-sutherland.com
**Garrett A. Gibson**, Texas Bar No. 24069024*
Email:  garrettgibson@eversheds-sutherland.com
**Eversheds Sutherland (US) LLP**
1001 Fannin Street, Suite 3700
Houston, Texas  77002
Telephone:  (713) 470-6100
Facsimile:  (713) 654-1301

**Lawrence A. Dany**, New York Bar No. 4404372*
Email:  larrydany@eversheds-sutherland.com
**Eversheds Sutherland (US) LLP**
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY  10036-7703
Telephone:  (212) 389-5038
Facsimile:  (212) 389-5099
*Pro hac applications forthcoming*

        Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE H.D.D. COMPANY, INC., A CORPORATION OF OREGON, an Oregon corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>SNC-LAVALIN CONSTRUCTORS INC., a | Columbia County Circuit Court<br>Case No. 18CV10235<br><br>No. 3:18-cv-725<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION** |

Page 1 -   **DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

Delaware corporation; and NATIONAL
UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA, a Pennsylvania
corporation, Bond No. 346-142,

                    Defendants.

To the Clerk of the Court:

      PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446,

Defendants SNC-Lavalin Constructors Inc. ("SNC-Lavalin") and National Union Fire Insurance

Fire Company of Pittsburgh ("NUFIC") (collectively, the "Defendants") hereby remove to this

Court the case now pending in Columbia County Circuit Court as *The H.D.D. Company, Inc., A*

*Corporation of Oregon, an Oregon corporation, v. SNC-Lavalin Constructors Inc., a Delaware*

*corporation; and National Union Fire Insurance Company of Pittsburgh, PA, a Pennsylvania*

*corporation, Bond No. 346-142,* Case No. 18CV10235, pursuant to the diversity jurisdiction

statute, 28 U.S.C. § 1332.  As grounds for removal, Defendants state as follows:

      1.      This is a civil action for foreclosure of a construction lien and breach of contract

arising out of a project known as the North Mist Expansion project, located in Columbia County,

Oregon.  SNC-Lavalin is the general contractor on the project.  The H.D.D. Company, Inc.

("HDD") was a subcontractor.  NUFIC is the surety on a bond issued to SNC-Lavalin.

      2.      On March 26, 2018, HDD filed a complaint against SNC-Lavalin and NUFIC in

Cause No. 18CV10235, in the Circuit Court of the State of Oregon for the County of Columbia

("State Court action").

      3.      The United States District Court for the District of Oregon has jurisdiction of this

dispute by virtue of diversity of citizenship of the parties.

/ / /

Page 2 -   **DEFENDANTS' NOTICE OF REMOVAL OF CIVIL
ACTION**

4.      At all relevant times and on March 26, 2018, when the State Court complaint was filed, plaintiff HDD was an Oregon corporation, and upon information and belief, its principal place of business is in California.

5.      At all relevant times and on March 26, 2018, when the State Court complaint was filed, defendant SNC-Lavalin was a Delaware corporation with its principal place of business in Washington.

6.      At all relevant times and on March 26, 2018, when the State Court complaint was filed, defendant NUFIC was an Pennsylvania corporation with its principal place of business in New York.

6.      The matter in controversy exceeds $75,000. HDD's Complaint requests over $5 million in damages. *See* Complaint, ¶ 13.

7.      Because there is complete diversity between Plaintiff and Defendants and the amount in controversy exceeds $75,000, this Court has jurisdiction per 28 U.S.C. §§ 1332, 1441.

8.      All Defendants in the State Court action join in the removal to this Court.

8.      The Complaint was filed in the State Court action on March 26, 2018; therefore, this removal is timely. 28 U.S.C. § 1446(b)(2)(B).

9.      Attached to this notice of removal is a copy of the case file of the State Court action.

10.     Defendants will give written notice of the filing of this Notice to HDD and the state court as required by 28 U.S.C. § 1446(d).

11.     For the reasons stated above, Defendants respectfully request that the Court take jurisdiction over this matter and proceed as if the Plaintiff had originally filed with the Court.

/ / /

Page 3 -   **DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION**

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

WHEREFORE, Defendants remove this civil action from the Circuit Court of the State of Oregon for the County of Columbia, and request that all further proceedings be conducted in this Court.

Respectfully submitted this 24th day of April, 2018.

HART WAGNER LLP

By:     */s/ Matthew J. Kalmanson*
        Matthew J. Kalmanson, OSB No. 041280
        mjk@hartwagner.com
        Of Attorneys for  Defendants

**HART WAGNER LLP**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Facsimile: (503) 222-2301**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of April, 2018, I served the foregoing

**DEFENDANTS' NOTICE OF REMOVAL OF CIVIL ACTION** on the following party at

the following address:

> Dan Gragg
> gragg@seifer-yeats.com
> Tara M. Johnson
> taraj@seifer-yeats.com
> Andrew MacKendrick
> amm@seifer-yeats.com
> Seifer, Yeats, Zwierzynski & Gragg, LLP
> 121 SW Morrison, Suite 1025
> Portland, OR  97204
> *Of Attorneys for Plaintiff*

by electronic means through the Court's Case Management/Electronic Case File System,

emailing, and mailing to them a true and correct copy thereof, certified by me as such, placed in

a sealed envelope addressed to them at the address set forth above, and deposited in the U.S. Post

Office at Portland, Oregon on said day with postage prepaid.

*/s/ Matthew J. Kalmanson*
Matthew J. Kalmanson, OSB No. 041280

Page 1  -  **CERTIFICATE OF SERVICE**